# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

*Morning Session:*
Set: 9:00 am
Started: 9:20 am - Ended: 10:25 am

**MINUTES OF PROCEEDINGS**　　　　　　　　　　Date: May 30, 2018
**BEFORE JUDGE FRANCISCO A. BESOSA**　　　CASE NO. 3:17-CR-00566-1 (FAB)
COURTROOM DEPUTY: Gladys Romañach
COURT REPORTER: Joe Reynosa
COURT INTERPRETER: Mayra Cardona

| | |
|---|---|
| **United States of America** | AUSA Alexander Alum |
| | SAUSA Camille Garcia |
| v. | |
| **Jean Carlos Benitez-Melendez** | Atty. Irma Valldejuli |

**Second day of Jury Trial held.** Defendant, U/C, was present in court and assisted by the certified court interpreter. The courtroom was open to the public and with the assistance of the CSO, all family members and friends of the defendant interested in being present in the courtroom during trial were accommodated.

**Trial Matters:**

Government's witnesses, testimony heard:

3. PRPD Agent Arnaldo Monroig-Vega (assisted by interpreter Jose Luis Rosado – placed under oath since he is not court certified) cross by Atty. Valldejuli did not commence. Witness was excused until tomorrow due to difficulties with the interpreter.

4. ATF Agent Jose Fajardo-Vega, direct by AUSA Alum, cross by Atty. Valledejuli. Witness excused.

**EvidenceAdmitted:**
Government's Exhs. – 127, 128.
Defendant's Exhs. – none

**Further Jury Trial scheduled to continue on May 31, 2018 at 10:30 am.**

　　　　　　　　　　　　　　　　　　*s/Gladys Romañach*
　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk