IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

v.

CRIMINAL NO. 17-566 (FAB)

JEAN CARLOS BENITEZ-MELENDEZ,
Defendant

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED that none of the firearms or rounds of ammunition admitted into evidence were manufactured in Puerto Rico, and had to have been shipped or transported in interstate or foreign commerce in order to be introduced into Puerto Rico. This fact should be accepted as true and correct.

The United States and the defendant, Jean Carlos Benitez-Melendez, hereby request that the foregoing stipulation be read to the jury.

In San Juan, Puerto Rico, this 29 day of May 2018.

_____
Alexander L. Alum
Assistant United States Attorney

_____
Jean Carlos Benitez-Melendez
Defendant

_____
Camille Garcia-Jimenez
Special Assistant United States Attorney

_____
Irma Valldejuli
Counsel for Defendant