IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

v.

JEAN CARLOS BENITEZ-MELENDEZ,
Defendant

CRIMINAL NO. 17-566 (FAB)

RECEIVED & FILED
CLERK'S OFFICE
MAY 3 1 2018
US DISTRICT COURT
SAN JUAN, PR

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED that the M-16-type rifle, .223 caliber, with the word "PATRIOT" and the number 7075-T6 engraved on the receiver is a machinegun as the term "machinegun" is defined by federal law. This fact should be accepted as true and correct.

The United States and the defendant, Jean Carlos Benitez-Melendez, hereby request that the foregoing stipulation be read to the jury.

In San Juan, Puerto Rico, this 29 day of May 2018.

_____
Alexander L. Alum
Assistant United States Attorney

_____
Jean Carlos Benitez-Melendez
Defendant

_____
Camille Garcia-Jiménez
Special Assistant United States Attorney

_____
Irma Valldejuli
Counsel for Defendant