AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

V.

JEAN CARLOS BENITEZ-MELENDEZ

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 3:17-cr-00566-1(FAB)

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

s/Francisco A. Besosa

Signature of Judge

Francisco A. Besosa — U.S. District Judge

Name of Judge — Title of Judge

June 1, 2018

Date